IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | Criminal Case No. 2:17-cr-00563-JD |
| DONALD "D.A." JONES; KENNETH SMUKLER, | § § § § | |
| Defendants. | § § § | |

**DEFENDANT KENNETH SMUKLER'S MOTION TO
DISMISS THE INDICTMENT FOR VINDICTIVE PROSECUTION**

Defendant Kenneth Smukler hereby moves this Court to dismiss the Indictment for

vindictive prosecution.  The grounds for this motion are set forth in the accompanying

memorandum of law.

Dated: February 2, 2018

Respectfully submitted,

 /s/  *Brian J. McMonagle*_____
Brian J. McMonagle (Pa. Bar No. 42394)
MCMONAGLE, PERRI, MCHUGH &
MISCHAK
1845 Walnut Street. 19th Floor
Philadelphia, PA 19103
Tel: (215) 981-0999
Fax: (215) 981-0977
E-mail: bmcmonagle@mpmpc.com

2

_/s/  Jon R. Fetterolf_

Jon R. Fetterolf (D.C. Bar No. 479225)
Steven N. Herman (Pa. Bar. No. 205832)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: jfetterolf@zuckerman.com

*Attorneys for Defendant Kenneth Smukler*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2018, the foregoing was filed with the Court's

CM/ECF Service.


_/s/_ *Steven N. Herman*_____

Steven N. Herman