# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| KENNETH SMUKLER | NO. 17-563-02 |

## O R D E R

**AND NOW**, this 9th day of April, 2018, upon consideration of Defendant Kenneth Smukler's Motion to Suppress the Fruits of the Search of Mr. Smukler's Home Under *Franks v. Delaware* (Document No. 44, filed February 2, 2018), Government's Opposition to Defendant's Motion to Suppress (Document No. 51, filed February 16, 2018), and Reply in Support of Defendant Kenneth Smukler's Motion to Suppress the Fruits of the Search of Mr. Smukler's Home Under *Franks v. Delaware* (Document No. 51, filed February 28, 2018), following oral argument on March 13, 2018, for the reasons set forth in the accompanying Memorandum dated April 9, 2018, **IT IS ORDERED** that Defendant's Motion to Suppress Under *Franks v. Delaware* is **DENIED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois

---
DuBOIS, JAN E., J.