# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| KENNETH SMUKLER | NO. 17-563-02 |

# **O R D E R**

**AND NOW**, this 30th day of July, 2018, upon consideration of Defendant Kenneth Smukler's Motion to Compel Discovery Under Rule 16 or, in the Alternative, for Issuance of Subpoenas Under Rule 17 (Document No. 94, filed June 25, 2018) and the Government's Opposition to Defendant's Motion to Compel Discovery Under Rule 16, or in the Alternative, for Issuance of Subpoenas Under Rule 17 (Document No. 102, filed July 6, 2018), following a telephone conference on July 12, 2018, for the reasons set forth in the accompanying Memorandum, dated July 30, 2018, **IT IS ORDERED** that defendant's Motion to Compel Discovery Under Rule 16 or, in the Alternative, for Issuance of Subpoenas Under Rule 17 is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.