# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| KENNETH SMUKLER | NO. 17-563-02 |

## O R D E R

**AND NOW**, this 31st day of July, 2018, upon consideration of the following Motions:

1. Defendant Kenneth Smukler's Motion for Bill of Particulars (Document No. 80, filed May 25, 2018);

2. Defendant Kenneth Smukler's Motion to Dismiss Count Two Under the Statute of Limitations (Document No. 81, filed May 25, 2018);

3. Defendant Kenneth Smukler's Motion to Dismiss Counts I-VII and IX-X of the Superseding Indictment for Failure to Allege "Contributions" Under FECA (Document No. 83, filed May 25, 2018);

4. Defendant Kenneth Smukler's Motion to Dismiss Counts III, IV, V, X, and XI for Failure to Allege that Mr. Smukler Willfully Caused any False FEC Filings (Document No. 84, filed May 25, 2018); and

5. All responsive submissions,

For the reasons set forth in the accompanying Memorandum, dated July 31, 2018, **IT IS ORDERED**, as follows:

1. Defendant Kenneth Smukler's Motion for Bill of Particulars (Document No. 80, filed May 25, 2018) is **DENIED**;

2. Defendant Kenneth Smukler's Motion to Dismiss Count Two Under the Statute of Limitations (Document No. 81, filed May 25, 2018) is **DENIED**;

3. Defendant Kenneth Smukler's Motion to Dismiss Counts I-VII and IX-X of the Superseding Indictment for Failure to Allege "Contributions" Under FECA (Document No. 83, filed May 25, 2018) is **DENIED**; and

4. Defendant Kenneth Smukler's Motion to Dismiss Counts III, IV, V, X, and XI for Failure to Allege that Mr. Smukler Willfully Caused any False FEC Filings (Document No. 84, filed May 25, 2018) is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**