# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| KENNETH SMUKLER | NO. 17-563-02 |

## O R D E R

**AND NOW**, this 8th day of August, 2018, upon consideration of Defendant Kenneth Smukler's Motion for Hearing on the Government's Deliberate Intrusion into Privileged Communications (Document No. 82, filed May 25, 2018), the Government's Opposition to Defendant's Motion for an Evidentiary Hearing (Document No. 87, filed June 21, 2018), and Reply in Support of Defendant Kenneth Smukler's Motion for Hearing on the Government's Deliberate Intrusion into Privileged Communications (Document No. 99, filed June 29, 2018), following a telephone conference on July 12, 2018, for the reasons set forth in the accompanying Memorandum, dated August 8, 2018, **IT IS ORDERED** that Defendant's Motion for Hearing on the Government's Deliberate Intrusion into Privileged Communications is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.