# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **KENNETH SMUKLER** | **NO. 17-563-02** |

## O R D E R

**AND NOW**, this 1st day of October, 2018, upon consideration of defendant's trial status report dated September 11, 2018, **IT IS ORDERED** that defendant shall submit a supplemental report to the Court (letter to Chambers, Room 12613) on or before October 8, 2018, with respect to trial status. **IT IS FURTHER ORDERED** that, excepting only as noted above, the Order dated April 4, 2018, specially listing the case for trial to commence on November 13, 2018, and attaching all counsel for trial, **REMAINS IN EFFECT**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**