IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| KENNETH SMUKLER | NO. 17-563-02 |

**O R D E R**

**AND NOW**, this 26th day of October, 2018, upon consideration of the Government's Motion for Admission of Evidence of Other Acts Pursuant to Federal Rule of Evidence 404(b) (Document No. 121, filed October 17, 2018), and Defendant, Kenneth Smukler's Memorandum in Support of Motion to Bar the Government from Introducing Certain Evidence Relating to Prior Crimes of Bad Acts (Document No. 124, filed October 22, 2018), for the reasons set forth in the accompanying Memorandum, dated October 26, 2018, **IT IS ORDERED** that Government's Motion for Admission of Evidence of Other Acts Pursuant to Federal Rule of Evidence 404(b) is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.