## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| KENNETH SMUKLER | NO.  17-563-02 |

### JUDGEMENT

**AND NOW**, this 3rd day of December, 2018, following jury trial commencing on November 13, 2018, and concluding on December 3, 2018, the jury having found defendant guilty as to Counts One, Two, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the Superseding Indictment, and not guilty as to Counts Three and Four of the Superseding Indictment, **IT IS ORDERED** that Judgment in accordance with the above verdict is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**_____**

**DuBOIS, JAN E., J.**