```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
                     PENSACOLA DIVISION


UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )
                             )   Case No. 3:12cr76/LAC
                             )
                             )   Pensacola, Florida
                             )   April 23, 2013
     v.                      )   10:34 a.m.
                             )
JAY ODOM,                    )
                             )
     Defendant.              )
                             )
```

## JUDGMENT

EXCERPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE LACEY A. COLLIER,
SENIOR UNITED STATES DISTRICT JUDGE
(Pages 1 through 5)

**APPEARANCES:**

For the Government:        RANDALL J. HENSEL, ESQUIRE
                           United States Attorney's Office
                           21 East Garden Street, Suite 400
                           Pensacola, Florida  32502

For the Defendant:         JAMES P. JUDKINS, ESQUIRE
                           Kitchen, Judkins, Simpson
                           Post Office Box 10368
                           Tallahassee, Florida  32302

```
                    1                    EXCERPT PROCEEDINGS

                    2              (Defendant present with Counsel.)

10:34:50AM          3         THE COURT:  All right.  This is certainly, as most
10:34:55AM          4    sentences are, a difficult one, because it is necessary to
10:34:59AM          5    balance the good that you have done in your life with this
10:35:04AM          6    particular offense.
10:35:05AM          7              The offense, though, is one that goes to the very
10:35:09AM          8    heart of our democratic system.  If we cannot have faith and
10:35:14AM          9    confidence in our election process, then we can't exist as a
10:35:18AM         10    democracy.
10:35:19AM         11              So it is a direct attack on the very basics of our
10:35:25AM         12    system and is difficult.  I'm disappointed to understand -- not
10:35:37AM         13    that you, but others in writing on your behalf talked about how
10:35:41AM         14    they didn't think there was anything wrong with it, that
10:35:44AM         15    everybody does it, it's just one of those things that's part of
10:35:47AM         16    the system.
10:35:48AM         17              Well, I hope and pray that that is not the case, but
10:35:56AM         18    it's necessary, of course, that this be dealt with considering
10:36:02AM         19    the seriousness of the offense as well as that misunderstanding
10:36:08AM         20    on behalf of apparently so very many people that it is in fact
10:36:15AM         21    just a mistake that's done all the time at no consequences as a
10:36:23AM         22    result.
10:36:23AM         23              Well, the consequences, I'm sure, cannot be
10:36:28AM         24    necessarily identified in every case or defined, but clearly it
10:36:36AM         25    violates the system that we all cherish and respond to.
```

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*One North Palafox Street * Pensacola, Florida  32502*
*850.470.8189*

| | | |
|---|---|---|
| 10:36:42AM | 1 | So I have certainly in this case particularly reviewed |
| 10:36:47AM | 2 | all of the factors of Section Title 18, United States Code, |
| 10:36:54AM | 3 | 3553(a), in determining what I consider to be a fair and just |
| 10:36:58AM | 4 | and necessary punishment in this case. |
| 10:37:01AM | 5 | And I do determine the Presentence Report to be |
| 10:37:03AM | 6 | accurate as it is presented, and it's findings will be |
| 10:37:07AM | 7 | considered in the imposition of sentence. |
| 10:37:09AM | 8 | And it's the judgment of the Court that you be |
| 10:37:12AM | 9 | committed to the custody of the Bureau of Prisons to be |
| 10:37:15AM | 10 | imprisoned for a period of six months. |
| 10:37:18AM | 11 | And as I say, I reviewed all the factors of Title |
| 10:37:22AM | 12 | 3553(a), as well as the advisory nature of the Sentencing |
| 10:37:28AM | 13 | Guidelines, and conclude that this sentence is reasonable and |
| 10:37:30AM | 14 | necessary in this case to comply with the statutorily defined |
| 10:37:38AM | 15 | purposes of sentencing. |
| 10:37:39AM | 16 | And I do find that this is necessary to reflect the |
| 10:37:44AM | 17 | seriousness of the offense and to promote respect for the law |
| 10:37:49AM | 18 | and provide just punishment for this particular offense.  And |
| 10:37:54AM | 19 | just as importantly, perhaps, is to afford an adequate |
| 10:37:59AM | 20 | deterrence for anyone else who might consider similar criminal |
| 10:38:03AM | 21 | conduct. |
| 10:38:03AM | 22 | And I do find, given the circumstances here, this |
| 10:38:07AM | 23 | sentence to be necessary and reasonable, but a greater sentence |
| 10:38:12AM | 24 | is not necessary. |
| 10:38:13AM | 25 | I do find the ability to pay a fine within the |

```
10:38:22AM   1   applicable range, and therefore, a fine in the amount of $46,000
10:38:26AM   2   is ordered due and payable within 90 days of this judgment.
10:38:31AM   3            There is required by law a $100 special monetary
10:38:35AM   4   assessment that is ordered due and payable immediately.  And
10:38:40AM   5   there will be no supervision following the incarceration.
10:38:45AM   6            And I would ask, any objections to the ultimate
10:38:50AM   7   findings of fact or conclusions of law relating to the judgment
10:38:53AM   8   or sentence?
10:38:54AM   9            MR. JUDKINS:  None, Your Honor.
10:38:57AM  10            MR. HENSEL:  None from the Government, Judge.
10:38:59AM  11            THE COURT:  You are advised that you have 14 days in
10:39:01AM  12   which to appeal this sentence.  You have a right to be
10:39:05AM  13   represented by an attorney on an appeal.  If you could not
10:39:08AM  14   afford an attorney, one would be appointed for that purpose upon
10:39:12AM  15   your petition to the Court, and in that circumstance appeal
10:39:16AM  16   could be taken without cost to you.
10:39:17AM  17            And is there any understanding as to Defendant's
10:39:24AM  18   self-reporting?
10:39:24AM  19            MR. HENSEL:  Judge, we have not discussed it, but I
10:39:27AM  20   reviewed the Pretrial Services Report, and I find no basis for
10:39:31AM  21   an objection to allowing him to self-report.
10:39:33AM  22            THE COURT:  All right.  Well, I do find that you have
10:39:36AM  23   complied with all the requirements of the pretrial release, and
10:39:40AM  24   for that reason I'm going to allow you to remain at liberty
10:39:45AM  25   under the same terms and conditions, same bond applying, with
```

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*One North Palafox Street * Pensacola, Florida  32502*
*850.470.8189*

```
10:39:49AM   1    the added provision that you report to the marshal in this
10:39:58AM   2    building by twelve noon on Monday, the 10th of June.  And if a
10:40:04AM   3    place of confinement has been designated, you may report to that
10:40:09AM   4    facility at your own expense by twelve noon on the 10th of June.
10:40:13AM   5             And I do caution that failure to report to one of
10:40:17AM   6    these two places as directed would constitute a violation of
10:40:21AM   7    your release conditions and subject you to further prosecution
10:40:26AM   8    for that violation.
10:40:27AM   9             Do you have any questions about what's expected?
10:40:32AM  10             THE DEFENDANT:  No, Your Honor.
10:40:32AM  11             THE COURT:  You need to see the probation officer
10:40:34AM  12    before you leave here today.
10:40:37AM  13             Anything further?
10:40:39AM  14             MR. HENSEL:  Judge, pursuant to the plea agreement,
10:40:43AM  15    the Government moves to dismiss Count One of the indictment.
10:40:46AM  16             THE COURT:  Very well, that will be granted, and Count
10:40:49AM  17    One will be dismissed.  Anything further?
10:40:55AM  18             MR. JUDKINS:  Nothing, Your Honor, thank you.
10:40:58AM  19             THE COURT:  Court will be in recess.
            20             *(Proceedings concluded at 10:40 a.m.)*
            21                          --------------------
            22    *I certify that the foregoing is a correct transcript from the
                  record of proceedings in the above-entitled matter.  Any*
            23    *redaction of personal data identifiers pursuant to the Judicial
                  Conference Policy on Privacy are noted within the transcript.*
            24
                     *s/Donna L. Boland*                                    *5-21-13*
            25       *Donna L. Boland, RPR, FCRR*                           *Date*
                     *Official Court Reporter*
```

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*One North Palafox Street * Pensacola, Florida  32502*
*850.470.8189*