IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| KENNETH SMUKLER | NO. 17-563-02 |

## O R D E R

**AND NOW**, this 3rd day of May, 2019, the Court having sentenced defendant, Kenneth Smukler, on said date, **IT IS ORDERED** that defendant, Kenneth's Smukler's Sentencing Memorandum and attached exhibits – Exhibit A consisting of letters from family and friends and Exhibit B consisting of an expert report in the form of a Declaration of Scott E. Thomas – and two additional letters submitted to the Court in connection with defendant's sentencing, shall be docketed by the Deputy Clerk.  Exhibit A – the letters from family and friends – and the two additional letters shall be **SEALED AND IMPOUNDED**, and all such documents shall remain sealed and impounded until further order of the Court.

**IT IS FURTHER ORDERED** that counsel for the Government and counsel for defendant may have access to Exhibit A – the letters from family and friends – and the two additional letters.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.