```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA         :

     v.                          :    No. 2:17-cr-563-JD-02
                                 :
KENNETH SMUKLER,
        Defendant.               :
```

NOTICE OF APPEAL

The defendant, Kenneth Smukler, appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction and sentence (Doc. 191) filed May 6, 2019, and entered on the docket May 7, 2019, recording the sentence imposed May 3, 2019.

```
                              Respectfully submitted,
Dated: May 20, 2019
                              s/Peter Goldberger
                         By:  PETER GOLDBERGER
                              PA Atty. No. 22364
                              50 Rittenhouse Place
                              Ardmore, PA  19003

                              (610) 649-8200
                              fax: (610) 649-8362
                              email: peter.goldberger@verizon.net

                              Attorney for Defendant-Appellant
```

cc via ECF:

  Eric L. Gibson, Esq.; Jonathan I. Kravis, Esq.;
  & Rebecca Lauren Moses, Esq., AUSAs

  Hon. Jan E. DuBois, Sr.U.S.D.J.
    (per 3d Cir. LAR 3.1)